Law Firm:
Address:
CSZ:
Phone:
Fax:
Representing:

PHILIP CHRISTIAN BIKLE
1616 SOUTH VARNA STREET
ANAHEIM, CA 92804
301-802-9953

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

CASE NO.: 13-56504

## AFFIDAVIT OF SERVICE

**PHILIP C. BIKLE**

    Plaintiff/Petitioner,

vs.

**TRAFFIC SUPERVISOR, "MARTHA", IN HER INDIVIDUAL CAPACITY; ET AL.**

    Defendant/Respondent.

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

MAR 07 2014

FILED _____
DOCKETED _____
DATE _____ INITIAL _____

Received by **JPL Process Service** to be served upon:

**JUDGE DEBORAH SANCHEZ, IN HER INDIVIDUAL CAPACITY**

    ss.

I, **RYAN LANCASTER**, depose and say that:

On **02/28/2014** at **11:11 AM**, I served the within **2 X APPEAL APPELLANT'S BRIEF** on **JUDGE DEBORAH SANCHEZ, IN HER INDIVIDUAL CAPACITY** at **10025 EAST FLOWER STREET, BELLFLOWER, CA 90706** in the manner indicated below:

By leaving a true copy of this process at the within named person's usual place of business with any person therein who is of suitable age and discretion and informing the person of the contents:

NAME: **LISA JACKSON** TITLE/RELATION: **COURT MANAGER**

Description of person served:
**Sex: Female – Age: 50 – Skin: White – Hair: Blonde/Brown – Height: 5-6 – Weight: 155**

I declare under penalties of perjury under the laws of the United States Of America that the foregoing is true and correct.

Fee: **75-**

X _____
RYAN LANCASTER - 7067
JPL Process Service
P.O. Box 918
Midway City, CA 92655
866.754.0520
Atty File#:  - Our File# 34180